# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| Civil Action No.: 09-cv-00100-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
|---|---|
| Date: March 23, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| AUSTIN RAY, | Robert Mark Liechty |
| **Plaintiff,** | |
| v. | |
| BANK OF THE WEST, | Gregory L. Williams |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 9:04 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Unopposed Motion for Stay (doc. #8, filed 2/19/2009). Mr. Liechty updates the court on the status of related criminal cases.

ORDERED: Based upon discussions, the Defendant's deadline for filing an Answer or otherwise responding under Rule 12 will be extended on the court's own initiative until April 13, 2009.

ORDERED: Plaintiff's Unopposed Motion for Stay (doc. #8, filed 2/19/2009) is DENIED in light of Plaintiff's counsel's representation that he will be moving to administratively close this case.

HEARING CONCLUDED.

**Court in recess:** 9:13 a.m.
Total time in court: 00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.