**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00100-REB-CBS

AUSTIN RAY,

    Plaintiff,

v.

BANK OF THE WEST,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me is plaintiff's **Motion For Administrative Closure** [#17] filed March 25, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be administratively closed. Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion For Administrative Closure** [#17] filed March 25, 2009, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated April 6, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge